# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AtriCure, Inc., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Dr. Jian "Larry" Meng, an individual; Dr. ) <br> Guanglu Bai, an individual; and Beijing ) <br> Medical Scientific Co. Ltd. *d/b/a* Med-Zenith, a ) <br> China company, ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-00054-MRB <br><br> Honorable Michael R. Barrett <br><br> Magistrate Judge Stephanie Bowman <br><br> **ORAL ARGUMENT REQUESTED** |

## MOTION BY DEFENDANTS DR. JIAN MENG AND MED-ZENITH FOR AN IMMEDIATE STAY OF ALL JUDICIAL PROCEEDINGS PENDING INTERNATIONAL ARBITRATION

Defendants Dr. Jian "Larry" Meng ("Dr. Meng") and Beijing Medical Scientific Co. Ltd., *d/b/a* Med-Zenith ("Med-Zenith") ("Defendants") hereby move for an immediate stay of all judicial proceedings pending arbitration in the People's Republic of China. Defendants specifically request that no further proceedings take place in this action until this motion has been fully briefed and decided by the Court.

This Motion is supported by Defendants' Memorandum in Support of Their Motion for an Immediate Stay of all Judicial Proceedings Pending International Arbitration.

Date: October 8, 2019

        Respectfully submitted,

        **SEBALY, SHILLITO & DYER**

        Daniel J. Donnellon (Bar No. 0036726)
        James A. Dyer (Bar No. 0006824)
        1900 Kettering Tower, 40 N. Main Street
        Dayton, OH 45423-1013
        Tel: (937) 222-2500
        Fax: (937) 222-6554
        Email: ddonnellon@ssdlaw.com
        Email: jdyer@ssdlaw.com


        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

        <u>/s/ Mark R. Hellerer</u>
        Mark R. Hellerer (*pro hac vice*)
        Geoffrey R. Sant (*pro hac vice*)
        Brian L. Beckerman (*pro hac vice*)
        31 West 52nd Street
        New York, NY 10019
        Tel. 212.858.1000
        Fax. 212.858.1500
        Email: mark.hellerer@pillsburylaw.com
        Email: geoffrey.sant@pillsburylaw.com
        Email: brian.beckerman@pillsburylaw.com

        *Attorneys for Defendants Dr. Jian "Larry" Meng and Beijing Medical Scientific Co. Ltd., d/b/a Med-Zenith*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and also served the same as designated below:

**DLA PIPER LLP (US)**

Richard A. Chesley
44 West Lake Street
Chicago, Illinois 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516
richard.chesley@dlapiper.com

Mark A. Nadeau
Cameron A. Fine
Kyle T. Orne
2525 East Camelback Road Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
mark.nadeau@dlapiper.com
cameron.fine@dlapiper.com
kyle.orne@us.dlapiper.com

*Attorneys for Plaintiff AtriCure, Inc.*

                    /s/ Mark R. Hellerer
                    *Attorneys for Defendants Dr. Jian "Larry"*
                    *Meng and Beijing Medical Scientific Co.*
                    *Ltd., d/b/a Med-Zenith*